

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Javon Davontae Elliston,                    \* From the 238th District Court
                                             of Midland County,
                                             Trial Court No. CR57779.

Vs. No. 11-23-00270-CR                       \* February 13, 2025

The State of Texas,                          \* Memorandum Opinion by Trotter, J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.